## UNITED STATES DISTRICT COURT
### for the District of New Jersey [LIVE]
### Newark, NJ

JESSE GOODMAN

                    Plaintiff,

v.                                    Case No.: 2:17−cv−02427−KM−JBC

                                            Judge Kevin McNulty

GARY LANIGAN, et al.

                    Defendant.

### Notice Of Call For Dismissal Pursuant to Local Civil Rule 41.1(a)

    Please take notice that the above−captioned action, having been pending for more than 90 days, without any proceeding having been taken therein, will be called at the Martin Luther King Building & US Courthouse, 50 Walnut Street, Newark, NJ before Judge Kevin McNulty on 6/12/2019 or as soon thereafter as the same may be reached, and unless sufficient reason to the contrary is shown, the case will be dismissed for lack of prosecution in accordance with Local Civil Rule 41.1(a).

    **NO APPEARANCE IS REQUIRED.** Counsel of record or unrepresented parties may show good cause by affidavit setting forth what good faith efforts to prosecute this action have been made and what further efforts are intended. If said affidavit has not been filed before the return date, counsel of record or unrepresented parties may be required to appear before the Court, to show good cause why this action should not be dismissed for lack of prosecution.

                                                    Very truly yours,

                                                    William T. Walsh, Clerk
                                                    By Deputy Clerk, nic

If applicable, counsel of record is directed to serve this notice to their client, whose street and post office address do not appear in the complaint as directed by Local Civil Rule 10.1, and to provide proof of service to the Court.