# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JESSE GOLDMAN<br><br>Plaintiff,<br><br>v.<br><br>GARY LANIGAN, et al<br><br>Defendants. | Civil Action No. 17-2427 (KM)<br><br><br><br>**ORDER OF DISMISSAL** |

It appearing to the Court that the above case has been pending for more than four months without any proceeding having been taken therein, and no objection having been entered at a call of the calendar,

IT IS ON THIS 13th day of June, 2019,

ORDERED that the above case be and the same hereby is dismissed in accordance with L. Civ. R. 41.1 without prejudice and without cost to either party.

_____
KEVIN MCNULTY
U.S. District Judge